---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                                    (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

1. **Debtor's name**

   Venoco, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Venoco, Inc.

---

3. **Debtor's federal Employer Identification Number** (EIN)

   7 7 _ 0 3 2 3 5 5 5

---

4. **Debtor's address**

   **Principal place of business**

   370        17th Street
   Number     Street

   Suite 3900

   Denver             CO      80202
   City               State   ZIP Code

   Denver County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City          State    ZIP Code

---

5. **Debtor's website** (URL)

   venocoinc.com

---

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

| Debtor | Venoco, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>  <u>1</u>  <u>1</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District **Delaware** When **03/18/2016** Case number **16-10655 (KG)**
                                           MM / DD / YYYY

        District _____ When _____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **See Rider 1** Relationship _____

        District _____ When _____
                                           MM / DD / YYYY

        Case number, if known _____

| Debtor | Venoco, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Venoco, LLC | | Case number *(if known)* | |
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/17/2017
                MM / DD / YYYY

✗ _(signature)_                                    Bret Fernandes
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✗  /s/ Robert J. Dehney                          Date  04/17/2017
Signature of attorney for debtor                       MM / DD / YYYY

Robert J. Dehney
Printed name
Morris, Nichols, Arsht & Tunnell LLP
Firm name
1201        North Market Street, 16th Floor, P.O. Box 1347
Number      Street
Wilmington                              DE        19899
City                                    State     ZIP Code

(302) 658-9200                          rdehney@mnat.com
Contact phone                           Email address

3578                                    DE
Bar number                              State

## Rider 1 to Voluntary Petition

### A.    Affiliated Filings

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the number assigned to the chapter 11 case of Venoco, LLC.

- Venoco, LLC
- TexCal Energy (LP) LLC
- Whittier Pipeline Corporation
- TexCal Energy (GP) LLC
- Ellwood Pipeline, Inc.
- TexCal Energy South Texas, L.P.

### B.    Pending Cases

On March 18, 2016, each of the affiliated entities list below, filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code. As of the date hereof, the following cases are pending before this Court and jointly administered under Case Number 16-10655 (KG).

- Venoco, Inc. (16-10655) (KG)
- Denver Parent Corporation (16-10656) (KG)
- TexCal Energy (LP) LLC (16-10657) (KG)
- Whittier Pipeline Corporation (16-10658) (KG)
- TexCal Energy (GP) LLC (16-10659) (KG)
- Ellwood Pipeline, Inc. (16-10660) (KG)
- TexCal Energy South Texas, L.P. (16-10661) (KG)

**VENOCO, LLC**
**Consent in Lieu of Meeting of Board of Directors[1]**

**April 13, 2017**

The undersigned, being at least a majority of the Board of Directors (the "Board") of Venoco, LLC, a Delaware limited liability company (the "Company"), hereby consents to and adopts, pursuant to Section 4.03(b) of the Amended and Restated Limited Liability Company Agreement of the Company (the "LLC Agreement") and the Delaware Limited Liability Company Act, the following resolutions (the "Resolutions"):

**WHEREAS**, the Board has the full powers and authority to consider, and take any actions relating to, the matters set forth in these Resolutions; and

**WHEREAS**, the Board reviewed and considered the materials presented by the Company's management team and the financial and legal advisors of the Company, including the presentations to the Board regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses; and

**WHEREAS**, the Board has had an opportunity to consult with the Company's management team and financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company.

**I.  Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its subsidiaries, their creditors and other parties in interest, that the Company and its subsidiaries file, or cause to be filed, a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware ("Chapter 11 Filing"); and it is

**RESOLVED FURTHER**, that each officer and director of the Company, or any other person as designated by the Board (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized to execute and file on behalf of the Company and its subsidiaries, all petitions, schedules, lists and other motions, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's or its subsidiaries' businesses; and it is

---

[1] Any capitalized term that is used, but not defined, in this Consent in Lieu of Meeting of Board of Directors has the meaning set forth in the LLC Agreement (as defined herein).

**RESOLVED FURTHER**, that each of the Company's subsidiaries is authorized to make the Chapter 11 Filing.

## II. Retention of Professionals

**NOW, THEREFORE, BE IT RESOLVED**, that any Authorized Officer be, and each hereby is, authorized and directed to employ the law firm of Bracewell LLP and Morris, Nichols, Arsht and Tunnell LLP, as bankruptcy counsel to represent and assist the Company and its subsidiaries in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations, including filing any pleadings and petitions for relief; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Bracewell LLP and Morris, Nichols, Arsht and Tunnell LLP; and it is

**RESOLVED FURTHER**, that any Authorized Officer be, and each hereby is, authorized and directed to employ the firm of Zolfo Cooper LLC, as restructuring and turnaround advisor to represent and assist the Company and its subsidiaries in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications for authority to retain the services of Zolfo Cooper LLC; and it is

**RESOLVED FURTHER**, that any Authorized Officer be, and each hereby is, authorized and directed to employ the firm of Seaport Global Securities LLC, as financial advisor to represent and assist the Company and its subsidiaries in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications for authority to retain the services of Seaport Global Securities LLC; and it is

**RESOLVED FURTHER**, that any Authorized Officer be, and each hereby is, authorized and directed to employ the firm of Prime Clerk LLC, as notice, claims and balloting agent to represent and assist the Company and its subsidiaries in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC; and it is

**RESOLVED FURTHER**, that any Authorized Officer be, and each hereby is, authorized and directed to employ any other professionals to assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute

appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### III.  Further Actions and Prior Actions

**NOW, THEREFORE, BE IT RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of them, acting alone, hereby is authorized, directed and empowered, in the name of, and on behalf of, the Company and its subsidiaries, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions; and it is

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of, and on behalf of, the Company or its subsidiaries, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects confirmed, approved and ratified.

The action taken by this consent shall have the same force and effect as if taken at a meeting of the Board, duly called and constituted pursuant to the LLC Agreement.

This consent may be executed in two or more counterparts, and by different parties on separate counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Facsimile or other electronic transmission of any signed original counterpart and/or retransmission of any signed facsimile or other electronic transmission shall be deemed the same as the delivery of an original counterpart.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_____
Mark DePuy

_____
Gene Davis

_____
Daniel Vogel

_____
Jeffrey Bartlett

_____
Chris Bement

_____
Bill Lockyer

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_____
Mark DePuy

_____
Gene Davis

_____
Daniel Vogel

_____
Jeffrey Bartlett

_____
Chris Bement

_____
Bill Lockyer

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_____
Mark DePuy


_____
Gene Davis


_____
Daniel Vogel


_____
Jeffrey Bartlett


_____
Chris Bement


_____
Bill Lockyer

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

_____

Mark DePuy

_____

Gene Davis

_____

Daniel Vogel

_____

Jeffrey Bartlett

_____

Chris Bement

_____

Bill Lockyer

27

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first set forth above.

_____
Mark DePuy

_____
Gene Davis

_____
Daniel Vogel

_____
Jeffrey Bartlett

_____
Chris Bement

_____
Bill Lockyer

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

 

_____
Mark DePuy

 

_____
Gene Davis

 

_____
Daniel Vogel

 

_____
Jeffrey Bartlett

 

_____
Chris Bement

 

_____
Bill Lockyer

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Venoco, LLC, | Case No. 17-[_____] (____) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned Debtor's equity interests:

| Shareholder | % Ownership |
|---|---|
| Apollo Credit Opportunity Trading Fund III AIV I LP | 30.16% |
| Apollo Investment Corporation | 23.17% |
| MAST OC I Master Fund LP | 13.91% |

Fill in this information to identify the case and this filing:

Debtor Name **Venoco, LLC**

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  1007(a)(1) Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/17/2017            ✗ _____
        MM / DD / YYYY                Signature of individual signing on behalf of debtor

                        Bret Fernandes
                        Printed name

                        Chief Restructuring Officer
                        Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Venoco, LLC, | Case No. 17-[_____] (____) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of

holders of any class of the above-captioned Debtor's equity interests:

| Equity Holder | Address of Equity Holder | Number of LLC Units | % Ownership |
|---|---|---|---|
| Apollo Centre Street Partnership, L.P. | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 38,657 | 4.66% |
| Apollo Credit Opportunity Trading Fund III AIV I LP | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 250,189 | 30.16% |
| Apollo Franklin Partnership, L.P. | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 7,436 | 0.90% |
| Apollo Investment Corporation | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 192,177 | 23.17% |
| ANS Holdings (WE), Ltd. | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 13,790 | 1.66% |
| Apollo Special Opportunities Managed Account, L.P. | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 64,271 | 7.75% |
| Apollo SPN Investments I (Credit), LLC | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 16,949 | 2.04% |
| Zeus Investments, L.P. | Apollo Capital Management, L.P. 9 West 57th Street, 43rd Floor New York, NY 10019 | 30,469 | 3.67% |

| | | | |
|---|---|---|---|
| MAST Credit Opportunities I Master Fund Limited | MAST Capital Management, LLC The John Hancock Tower 200 Clarendon Street, Floor 51 Boston, Massachusetts 02116 | 42,131 | 5.08% |
| MAST OC I Master Fund LP | MAST Capital Management, LLC The John Hancock Tower 200 Clarendon Street, Floor 51 Boston, Massachusetts 02116 | 115,337 | 13.91% |
| MAST Select Opportunities Master Fund LP | MAST Capital Management, LLC The John Hancock Tower 200 Clarendon Street, Floor 51 Boston, Massachusetts 02116 | 37,014 | 4.46% |
| Abbate Salvator | Abbate Salvator 137 Windward Island Clearwater, FL 33767 | 1 | 0.00% (de minimis) |
| Catherine Sheldon | Catherine Sheldon 9422 Hambra Pl. New Port Richey, FL 34655 | 1 | 0.00% (de minimis) |
| Sierra Pacific DEC's LLC | Sierra Pacific DEC's LLC 10100 W Charleston, Suite 214 Las Vegas, NV 89135 | 37 | 0.00% (de minimis) |
| Flagler Master Fund SPC Ltd. | Flagler Master Fund SPC Ltd Class A Portfolio c/o Candlewood Investment Group LP 777 Third Ave, Suite 19B New York, NY 10017-1323 | 1,819 | 0.21% |
| CWD OC 522 Master Fund Ltd. | CWD OC 522 Master Fund Ltd c/o Candlewood Investment Group LP 777 Third Ave, Suite 19B New York, NY 10017-1323 | 7,643 | 0.92% |
| Candlewood Special Situations Master Fund Ltd. | Candlewood Special Situations Master Fund Ltd c/o Candlewood Investment Group LP 777 Third Ave, Suite 19B New York, NY 10017-1323 | 10,583 | 1.28% |
| Jorge Baviera Gimenez (Sigfrido SA) | Jorge Baviera Gimenez Paradeplatz 6 8001 Zurich Switzerland | 7 | 0.00% (de minimis) |
| Richard P. McGuire | Richard P. McGuire | 7 | 0.00% |

| | PO Box 7778<br>Jupiter, FL 33468 | | (de minimis) |
|---|---|---|---|
| Morgan Stanley | Morgan Stanley<br>1 New York Plaza<br>New York, NY 10004 | 217 | 0.02% |
| Barry Schuller | Barry Schuller<br>1320 Club Cir.<br>Dallas, TX 75208 | 4 | 0.00%<br>(de minimis) |
| Brian Mastroberti TTEE Real Estate Trust UAD 6/09/2009 | Real Estate Trust UAD<br>151 S 14th St<br>Lindenhurst, NY 11757-4432 | 1 | 0.00%<br>(de minimis) |
| Carl B. Rountree | Carl B. Rountree<br>3245 Reba Dr<br>Houston, TX 77019-6211 | 4 | 0.00%<br>(de minimis) |
| Mary R. Wilk | Mary R. Wilk<br>11 Pickwick Lane<br>Malvern, PA 19355-2833 | 2 | 0.00%<br>(de minimis) |
| Elizabeth S. Pound | Elizabeth S. Pound<br>231 Vernon St<br>St. Paul, MN 55105-1921 | 1 | 0.00%<br>(de minimis) |
| Cloak & Co. | Cloak & Co.<br>DTC Newport Office Center<br>570 Washington 5th Floor<br>NYC Window: Attn: Robert Mendez<br>Jersey City, NJ 07310 | 220 | 0.03% |
| Cloudy Water & Co. | Cloudy Water & Co.<br>DTC Newport Office Center<br>570 Washington 5th Floor<br>NYC Window: Attn: Robert Mendez<br>Jersey City, NJ 07310 | 367 | 0.04% |
| Astra Sicav SIF Tricin | Astra Sicav SIF Tricin<br>4 Ave Jean Monnet<br>L-2180 Luxembourg<br>Luxembourg | 14 | 0.00%<br>(de minimis) |
| Credit Andorra S.A. | Credit Andorra S.A.<br>42, Avenue JF Kennedy<br>1855 Luxembourg<br>Luxembourg | 14 | 0.00%<br>(de minimis) |
| Tortuga 2014 SICAV | Tortuga 2014 SICAV<br>Attn: Roberto Santos15<br>PS Castellana 55, 3rd Floor<br>28046 Madrid<br>Spain | 15 | 0.00%<br>(de minimis) |

| Alcestis Investment SICAV | Alcestis Investment SICAV Attn: Patricia Martinez 1/Losez DC Keyes 35 26002 Madrid Spain | 15 | 0.00% (de minimis) |
|---|---|---|---|
| Peter D. Aziz | Peter D. Aziz Peter Meyer Hurlimann AG Rechtsanwalk Talstrasse 20 8001 Zurich Switzerland | 7 | 0.00% (de minimis) |
| Charles J. Newman | Charles J. Newman PO Box 25610 Scottsdale, AZ 85255-0110 | 1 | 0.00% (de minimis) |
| Evan Schwartzberg | Evan Schwartzberg 141 East 72nd Street New York, NY 10021 | 8 | 0.00% (de minimis) |
| Jason Wolf | Jason Wolf 380 Mountain Road Union City, NJ 7087 | 3 | 0.00% (de minimis) |
| Kim Weiss | Kim Weiss 85 Van Blurron Lane Wyckoff, NJ 7457 | 1 | 0.00% (de minimis) |
| Vanguard Marketing Corporation | Vanguard Marketing Corporation Attn: Kathleen M. Fair Corporation Actions Administrator 455 Devon Park Dr., Mailstop 924 Wayne, PA 19087 | 1 | 0.00% (de minimis) |
| Willim M. Stern | Willim M. Stern 34 Aciodna St. Louis, MO 13214 | 14 | 0.00% (de minimis) |

<table>
<tr><td colspan="2">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name</td><td>Venoco, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware<br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended *Schedule ____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☑  Other document that requires a declaration  1007(a)(3) List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/17/2017
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Bret Fernandes
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Venoco, LLC, *et al.*, | Case No. 17-[_____] (____) |
| Debtors.[1] | (Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS WHO HAVE
THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

Venoco, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 20 largest non-contingent, unsecured claims (the "Consolidated List") based on the Debtors' books and records as of immediately prepetition. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List of 20 largest unsecured claims. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim. The Debtors reserve the right to make revisions and changes to the Consolidated List as they may deem necessary or appropriate.

---

[1] The Debtors in these chapter 11 cases are: Venoco, LLC (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812). The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: Venoco, LLC, 370 17th Street, Suite 3900, Denver, CO 80202-1370.

Fill in this information to identify the case and this filing:

Debtor Name    Venoco, LLC

United States Bankruptcy Court for the: _____    District of **Delaware**
(State)

Case number (*if known*):    _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/17/2017
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Bret Fernandes
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Venoco, LLC, et al.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1  Southern California Gas Company  Patricia Kay Wagner, CEO  555 W Fifth St  Los Angeles, CA 90013 | Southern California Gas Company  Patricia Kay Wagner, CEO  PHONE: 800-427-2200  FAX: 909-305-8261  EMAIL: tkauffman@semprautilities.com | Trade | | $0.00 | $0.00 | $891,846.34 |
| 2  C & C Boats, Inc.  Tom Croft, President  1861 Baja Vista Way  Camarillo, CA 93010 | C & C Boats, Inc.  Tom Croft, President  PHONE: 714-969-0900  FAX: 714-969-0011  EMAIL: boatcc@aol.com; cc.boats@verizon.net | Trade | | $0.00 | $0.00 | $174,725.00 |
| 3  Allocation Specialists, Ltd.  Attn: Les Franklin, Scheduling Manager  12810 Willow Centre Drive  Suite A  Houston, TX 77066-3028 | Allocation Specialists, Ltd.  Attn: Les Franklin, Scheduling Manager  PHONE: 281-587-7100  FAX: 281-587-7103  EMAIL: lfranklin@aslqb.com | Trade | | $0.00 | $0.00 | $160,386.55 |
| 4  Nalco Company  Steve Taylor, Executive Vice President for Ecolab and President of Nalco Champion  7705 Highway 90-A  Sugar Land, TX 77478 | Nalco Company  Steve Taylor, Executive Vice President for Ecolab and President of Nalco Champion  PHONE: 281-263-7000  FAX: 281-263-7900  EMAIL: nes.customerservice.na@nalco.com | Trade | | $0.00 | $0.00 | $138,160.23 |
| 5  Phillips 66 Company  Mark May, National Manager  2331 CityWest Blvd  Houston, TX 77042 | Phillips 66 Company  Mark May, National Manager  PHONE: 832-765-3492  FAX:  EMAIL: | Trade | | $0.00 | $0.00 | $76,512.07 |

Debtor Venoco, LLC, et al.                                            Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 6   Pacific Summit Energy LLC Kazutoshi Hayashi, President and Chairman 24 Waterway Avenue, Suite 725 The Woodlands, TX 77380 | Pacific Summit Energy LLC Kazutoshi Hayashi, President and Chairman PHONE: 281-681-7800 FAX: 281-681-7860 EMAIL: | Trade | | $0.00 | $0.00 | $75,000.00 |
| 7   Sodexo Remote Sites Partnership Michel Landel, Sodexo Chief Executive Officer and Chairman of the Executive Committee Member of Sodexo's Board of Directors 9801 Washingtonian Blvd. Gaithersburg, MD 20878 | Sodexo Remote Sites Partnership Michel Landel, Sodexo Chief Executive Officer and Chairman of the Executive Committee Member of Sodexo's Board of Directors PHONE: 301-987-4000 FAX: 301-987-4444 EMAIL: shondell.boone@sodexo.com | Trade | | $0.00 | $0.00 | $57,242.32 |
| 8   West Coast Welding & Construction Inc. Mike Barbey, President 2201 Celsius Ave, Building B Oxnard, CA 93030 | West Coast Welding & Construction Inc. Mike Barbey, President PHONE: 805-604-1222 FAX: 805-604-1566 EMAIL: kassandra@westcoastwelding.net | Trade | | $0.00 | $0.00 | $48,183.26 |
| 9   Dow Chemical Company Howard Ungerleider, Chairman 2200 W. Salzburg Rd. Auburn, MI 48611 | Dow Chemical Company Howard Ungerleider, Chairman PHONE: 989-636-1000 FAX: 989-832-1456 EMAIL: brownjr3@dow.com | Trade | | $0.00 | $0.00 | $47,138.95 |
| 10   Southern Counties Oil Co., A California LP Steven P. Greinke, CEO 1800 W. Katella Ave., Ste. 400 Orange, CA 92867 | Southern Counties Oil Co., A California LP Steven P. Greinke, CEO PHONE: 888-723-8357 FAX: 714-922-7200 EMAIL: css@scfuels.com | Trade | | $0.00 | $0.00 | $40,111.96 |
| 11   Deloitte Transactions & Business Cathy Engelbert, CEO 30 Rockefeller Plaza New York, NY 10112-0015 | Deloitte Transactions & Business Cathy Engelbert, CEO PHONE: 212-492-4000 FAX: 212-489-1687 EMAIL: mafleming@deloitte.com | Trade | | $0.00 | $0.00 | $32,444.50 |
| 12   Instrument Control Services Dennis Christian, COO 6085 King Drive #100 Ventura, CA 93003 | Instrument Control Services Dennis Christian, COO PHONE: 805-642-1999 FAX: 805-642-3911 EMAIL: cjones@instrumentcontrol.com | Trade | | $0.00 | $0.00 | $26,527.06 |

Debtor Venoco, LLC, et al.                                                                                   Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | P2 Energy Solutions Attn: Mr. J. Scott Lockhart, Chief Executive Officer 1670 Broadway Suite 2800 Denver, CO 80291 | P2 Energy Solutions Attn: Mr. J. Scott Lockhart, Chief Executive Officer PHONE: 303-292-0990 FAX: 303-292-1812 EMAIL: p2ar@p2energysolutions.com | Trade | | $0.00 | $0.00 | $26,179.49 |
| 14 | Drilling Info Inc. Attn: Mr. Allen Gilmer, Co-Founder, Chairman and Chief Executive Officer 2901 Via Fortuna, Bldg 6, Ste 200 Austin, TX 78746 | Drilling Info Inc. Attn: Mr. Allen Gilmer, Co-Founder, Chairman and Chief Executive Officer PHONE: 512-477-9200 FAX: 512-477-1400 EMAIL: info@drillinginfo.com | Trade | | $0.00 | $0.00 | $25,912.50 |
| 15 | California Independent Petroleum Association Steve Layton, Chairman 1001 K Street 6th Floor Sacramento, CA 95814 | California Independent Petroleum Association Steve Layton, Chairman PHONE: 916-447-1177 FAX: 916-447-1144 EMAIL: | Trade | | $0.00 | $0.00 | $22,954.00 |
| 16 | Case Company Craig Case, Owner PO Box 22223 Santa Barbara, CA 93121 | Case Company Craig Case, Owner PHONE: 805-963-7033 FAX: 805-563-1119 EMAIL: case@caseco.com; pete@caseco.com | Trade | | $0.00 | $0.00 | $22,954.00 |
| 17 | Merrill Communications LLC Rusty Wiley, President & CEO One Merrill Circle St. Paul, MN 55108 | Merrill Communications LLC Rusty Wiley, President & CEO PHONE: 651-646-4501 FAX: 651-646-5332 EMAIL: | Trade | | $0.00 | $0.00 | $19,973.00 |
| 18 | Pipeline Association for Public Awareness Jeff Farrells, Executive Director 16361 Table Mountain Parkway Golden, CO 80403 | Pipeline Association for Public Awareness Jeff Farrells, Executive Director PHONE: 719-375-3873 FAX: EMAIL: jeff.farrells@pipelineawareness.info | Trade | | $0.00 | $0.00 | $18,804.24 |
| 19 | Strategic Environmental & Energy J. John Combs III, President & CEO, Chairman of the Board 751 Pine Ridge Road Golden, CO 80403 | Strategic Environmental & Energy J. John Combs III, President & CEO, Chairman of the Board PHONE: 720-460-3522 FAX: 303-277-9724 EMAIL: receptionist@seer-corp.com | Trade | | $0.00 | $0.00 | $16,386.00 |

| Name of creditor and complete mailing address, including zip code | | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 20 | Marine Project Management Inc. Steve Simpson, President 201 Bryant Street, Suite 2B Ojai, CA 93023 | Marine Project Management Inc. Steve Simpson, President PHONE: 805-640-0799 FAX: 805-640-9955 EMAIL: admin@mpmi.com | Trade | | $0.00 | $0.00 | $14,720.08 |