IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Venoco, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-10828 (KG)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Kadeem Champagnie, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 17, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and the Bank Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for First-Day Hearing on April 18, 2017 at 2:00 p.m. (Eastern Time) [Docket No. 14]

Dated: April 17, 2017

/s/ Kadeem Champagnie

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 17, 2017, by Kadeem Champagnie, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812). The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: Venoco, LLC, 370 17th Street, Suite 3900, Denver, CO 80202-1370.

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditors | Allocation Specialists, Ltd. | Attn: Les Franklin, Scheduling Manager<br>12810 Willow Centre Drive<br>Suite A<br>Houston TX 77066-3028 | 281-587-7103 | lfranklin@aslqb.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | C & C Boats, Inc. | Attn: Tom Croft, President<br>1861 Baja Vista Way<br>Camarillo CA 93010 | 714-969-0011 | boatcc@aol.com<br>cc.boats@verizon.net | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | California Independent Petroleum Association | Attn: Steve Layton, Chairman<br>1001 K Street<br>6th Floor<br>Sacramento CA 95814 | 916-447-1144 | | Fax and Overnight Mail |
| Top 20 Unsecured Creditors | Case Company | Attn: Craig Case, Owner<br>P.O. Box 22223<br>Santa Barbara CA 93121 | 805-563-1119 | case@caseco.com<br>pete@caseco.com | Fax, Email and Overnight Mail |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington DE 19801 | 302-577-6630 | attorney.general@state.de.us | Fax, Email and Overnight Mail |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | 302-577-8632 | FASNotify@state.de.us | Fax, Email and Overnight Mail |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | 302-739-5831 | dosdoc_Ftax@state.de.us | Fax, Email and Overnight Mail |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | 302-739-5635 | statetreasurer@state.de.us | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Deloitte Transactions & Business | Attn: Cathy Engelbert, CEO<br>30 Rockefeller Plaza<br>New York NY 10112-0015 | 212-489-1687 | mafleming@deloitte.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Dow Chemical Company | Attn: Howard Ungerleider, Chairman<br>2200 W. Salzburg Road<br>Auburn MI 48611 | 989-832-1456 | brownjr3@dow.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Drilling Info Inc. | Attn: Mr. Allen Gilmer, Co-Founder, Chairman and CEO<br>2901 Via Fortuna, Building 6<br>Suite 200<br>Austin TX 78746 | 512-477-1400 | info@drillinginfo.com | Fax, Email and Overnight Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | 215-814-5103 | r3public@epa.gov | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Instrument Control Services | Attn: Dennis Christian, COO<br>6085 King Drive<br>#100<br>Ventura CA 93003 | 805-642-3911 | cjones@instrumentcontrol.com | Fax, Email and Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | 855-235-6787 | | Fax and Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Fax and Overnight Mail |

In re Venoco, LLC, et al.
Case No. 17-10828 (KG)

Page 1 of 3

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditors | Marine Project Management Inc. | Attn: Steve Simpson, President<br>201 Bryant Street<br>Suite 2B<br>Ojai CA 93023 | 805-640-9955 | admin@mpmi.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Merrill Communications LLC | Attn: Rusty Wiley, President & CEO<br>One Merrill Circle<br>St. Paul MN 55108 | 651-646-5332 | | Fax and Overnight Mail |
| Top 20 Unsecured Creditors | Nalco Company | Attn: Steve Taylor, Executive Vice President for Ecolab and President of Nalco Champion<br>7705 Highway 90-A<br>Sugar Land TX 77478 | 281-263-7900 | nes.customerservice.na@nalco.com | Fax, Email and Overnight Mail |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Benjamin A. Hackman<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | 302-573-6497 | benjamin.a.hackman@usdoj.gov | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | P2 Energy Solutions | Attn: Mr. J. Scott Lockhart, CEO<br>1670 Broadway<br>Suite 2800<br>Denver CO 80291 | 303-292-1812 | p2ar@p2energysolutions.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Pacific Summit Energy LLC | Attn: Kazutoshi Hayashi, President and Chairman<br>24 Waterway Avenue<br>Suite 725<br>The Woodlands TX 77380 | 281-681-7860 | | Fax and Overnight Mail |
| Top 20 Unsecured Creditors | Phillips 66 Company | Attn: Mark May, National Manager<br>2331 CityWest Boulevard<br>Houston TX 77042 | | | Overnight Mail |
| Top 20 Unsecured Creditors | Pipeline Association for Public Awareness | Attn: Jeff Farrells, Executive Director<br>16361 Table Mountain Parkway<br>Golden CO 80403 | | jeff.farrells@pipelineawareness.info | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Overnight Mail and Email |
| Top 20 Unsecured Creditors | Sodexo Remote Sites Partnership | Attn: Michel Landel, Sodexo Chief Executive Officer and Chairman of the Executive Committee Member of Sodexo's Board of Directors<br>9801 Washingtonian Boulevard<br>Gaithersburg MD 20878 | 301-987-4444 | shondell.boone@sodexo.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Southern California Gas Company | Attn: Patricia Kay Wagner, CEO<br>555 W. Fifth Street<br>Los Angeles CA 90013 | 909-305-8261 | tkauffman@semprautilities.com | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | Southern Counties Oil Co., A California LP | Attn: Steven P. Greinke, CEO<br>1800 W. Katella Avenue<br>Suite 400<br>Orange CA 92867 | 714-922-7200 | css@scfuels.com | Fax, Email and Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 20 Unsecured Creditors | Strategic Environmental & Energy | Attn: J. John Combs III, President & CEO, Chairman of the Board<br>751 Pine Ridge Road<br>Golden CO 80403 | 303-277-9724 | receptionist@seer-corp.com | Fax, Email and Overnight Mail |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Fax, Email and Overnight Mail |
| Top 20 Unsecured Creditors | West Coast Welding & Construction Inc. | Attn: Mike Barbey, President<br>2201 Celsius Ave, Building B<br>Oxnard CA 93030 | 805-604-1566 | kassandra@westcoastwelding.net | Fax, Email and Overnight Mail |

## **Exhibit B**

Exhibit B
Bank Service List
Served as set forth below

| MMLID | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| 3963989 | Citibank | Attn: William McNeely<br>811 Main Street, Suite 4000<br>Houston TX 77002 | 281-408-4574 | william.mcneely@citi.com | Fax, Email and Overnight Mail |
| 3963990 | Compass Bank | Attn: Sherry Kennett<br>15 South 20th Street<br>Birmingham AL 35233 | | | Overnight Mail |
| 3963992 | Texas Capital Bank | Attn: Signature Services<br>2350 Lakeside Blvd.<br>Suite 800<br>Richardson TX 75082 | | | Overnight Mail |
| 3963995 | U.S. Bank | Attn: Stephen Frattone<br>50 S. 16th St<br>20th Floor<br>Philadelphia PA 19102 | | Stephen.Frattone@usbank.com | Email and Overnight Mail |
| 3963998 | Vectra Bank | Attn: David Marshall<br>1001 Seventeenth Street<br>Suite 1160<br>Denver CO 80202 | | David.Marshall@vectrabank.com | Email and Overnight Mail |