# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC, *et al.*,<br><br>             Debtors.[1] | Chapter 11<br><br>Case No. 17-10828 (KG)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>             Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>             Defendants. | Adv. Proc. No. 18-50908 (KG) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 12, 2018 AT 12:00 P.M. (EASTERN TIME)[2]

ADVERSARY PROCEEDING ORAL ARGUMENT

Eugene Davis v. State Of California and California State Lands Commission (Adv. Pro. No. 18-50908).

1.     California State Lands Commission's Motion To Dismiss (A.D.I. 8, Filed 11/15/18).

    Response Received:

    a)     Plaintiff's Answering Brief In Opposition To Defendants' Motions To Dismiss Complaint For Inverse Condemnation (A.D.I. 18, Filed 11/29/18);

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors"). The mailing address for the Venoco Liquidating Trust, for purposes of these chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

Related Pleadings:

a) Plaintiff's Original Complaint For Inverse Condemnation (A.D.I. 1, Filed 10/16/18);

b) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 10/16/18);

c) Certificate Of Service (A.D.I. 5, Filed 10/19/18);

d) California State Lands Commission's Brief In Support Of Motion To Dismiss (A.D.I. 9, Filed 11/15/18);

e) State Of California's Brief In Support Of Motion To Dismiss Adversary Complaint (Fed. R. Civ. P. 12(b)(6)); Joinder In Brief Of The California State Lands Commission (A.D.I. 10, Filed 11/15/18);

f) Notice Of Oral Argument (A.D.I. 22, Filed 11/30/18); and

g) California State Lands Commission's Reply Brief In Support Of Motion To Dismiss (A.D.I. 28, Filed 12/6/18).

Status: Oral argument on the Motion to Dismiss is going forward.

2. State Of California's Motion To Dismiss (A.D.I. 12, Filed 11/15/18).

Response Received:

a) Plaintiff's Answering Brief In Opposition To Defendants' Motions To Dismiss Complaint For Inverse Condemnation (A.D.I. 18, Filed 11/29/18).

Related Pleadings:

a) Plaintiff's Original Complaint For Inverse Condemnation (A.D.I. 1, Filed 10/16/18);

b) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 10/16/18);

c) Certificate Of Service (A.D.I. 5, Filed 10/19/18);

d) State Of California's Brief In Support Of Motion To Dismiss Adversary Complaint (Fed. R. Civ. P. 12(b)(6)); Joinder In Brief Of The California State Lands Commission (A.D.I. 10, Filed 11/15/18);

e)  Notice Of Oral Argument (A.D.I. 22, Filed 11/30/18);

f)  State Of California's Reply To Plaintiff's Answering Brief In Opposition To Motions To Dismiss Adversary Complaint (A.D.I. 25, Filed 12/6/18); and

g)  State Of California's Request For Judicial Notice In Support Of Motion To Dismiss Adversary Complaint (A.D.I. 26, Filed 12/6/18).

Status: Oral argument on the Motion to Dismiss is going forward.

Dated: December 10, 2018
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
mtalmo@mnat.com

-and-

HILL, FARRER & BURRILL LLP
Kevin H. Brogan (*pro hac vice* pending)
One California Plaza
300 So. Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840
kbrogan@hfbllp.com

-and-

BRACEWELL LLP
Robert G. Burns (admitted *pro hac vice*)
Logan S. Kotler (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor

New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (212) 508-6101
Robert.Burns@bracewell.com
Logan.Kotler@bracewell.com

 -and-

Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (800) 404-3970
Mark.Dendinger@bracewell.com

 -and-

Jason B. Hutt (admitted *pro hac vice*)
2001 M Street, NW
Washington, District of Columbia 20036
Telephone: (202) 828-5850
Facsimile: (202) 857-2114
Jason.Hutt@bracewell.com

*Counsel for Plaintiff*