# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VENOCO, LLC, *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 17-10828 (KG)<br><br>(Jointly Administered) |
| EUGENE DAVIS, in his capacity as Liquidating Trustee of the Venoco Liquidating Trust,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA STATE LANDS COMMISSION,<br><br>　　　　　　　Defendants. | Adv. Proc. No. 18-50908 (KG) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 22, 2019 AT 12:00 P.M. (EASTERN TIME)[2]

MATTER GOING FORWARD

Eugene Davis v. State Of California and California State Lands Commission (Adv. Pro. No. 18-50908).

1.　　State Of California's Motion For Stay Pending Appeal (A.D.I. 39, Filed 1/8/19).

　　　Response Received:

　　　a)　　Plaintiff's Objection To State's Motion For Stay Pending Appeal And SCL's Joinder Thereto (A.D.I. 58, Filed 1/15/19).

---

[1]　The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Venoco, LLC (3555); TexCal Energy (LP) LLC (0806); Whittier Pipeline Corporation (1560); TexCal Energy (GP) LLC (0808); Ellwood Pipeline, Inc. (5631); and TexCal Energy South Texas, L.P. (0812) (collectively, the "Debtors"). The mailing address for the Venoco Liquidating Trust, for purposes of these chapter 11 cases, is: 5 Canoe Brook Drive, Livingston, NJ 07039.

[2]　The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

Related Pleadings:

a) Order Granting State Of California's Motion To Shorten Objection Deadline On Its Motion For Stay Pending Appeal (D.I. 50, Entered 1/11/19):

b) California State Lands Commission's Joinder To State Of California's Motion For Stay Pending Appeal (A.D.I. 54, Filed 1/14/19); and

c) Joint Reply Of The State Of California And The California State Lands Commission In Support Of Stay Motions (A.D.I. 64, Filed 1/17/19).

Status: This matter is going forward.

Dated: January 18, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/    Matthew O. Talmo
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Matthew O. Talmo (No. 6333)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
mtalmo@mnat.com

-and-

HILL, FARRER & BURRILL LLP
Kevin H. Brogan (*pro hac vice* pending)
One California Plaza
300 So. Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840
kbrogan@hfbllp.com

-and-

BRACEWELL LLP
Robert G. Burns (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor

New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (212) 508-6101
Robert.Burns@bracewell.com

    -and-

Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (800) 404-3970
Mark.Dendinger@bracewell.com

    -and-

Jason B. Hutt (admitted *pro hac vice*)
2001 M Street, NW
Washington, District of Columbia 20036
Telephone: (202) 828-5850
Facsimile: (202) 857-2114
Jason.Hutt@bracewell.com

*Counsel for the Plaintiff*