**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  VENOCO, LLC et.al.                Date of Confirmation:  10/1/2018

Bankruptcy Number:  17-10828 (KG)          Reporting Period (month/year):  01/01/2020 through 03/31/2020

| Bank:<br>Account Number:<br>Account Type: | Signature Bank<br>x3936<br>Checking | Signature Bank<br>x3944<br>Savings | Total<br>All<br>Accounts | |
|---|---|---|---|---|
| Beginning Cash Balance: | 436,113 | 16,146,261 | 16,582,374 | |
| All receipts received by the debtor: | | | | |
| Bank Interest: | - | 11,461 | 11,461 | |
| Recoveries (refunds, A/R collections or other): | 208,786 | - | 208,786 | **(FN1)** |
| Proceeds from Litigation (settlement or other): | - | - | - | |
| Sale of Debtor's Assets: | - | - | - | |
| Total of cash received: | 208,786 | 11,461 | 220,247 | |
| Capital Infusion pursuant to the Plan: | - | - | - | |
| Transfers between accounts: | - | - | - | |
| Total of cash available: | 644,899 | 16,157,722 | 16,802,621 | |

Less all disbursements or payments made by the Debtor (including payments made under the confirmed Plan):

| | | | | |
|---|---|---|---|---|
| Disbursements made under the Plan, excluding the administrative claims of bankruptcy professionals: | - | - | - | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - | - | - | |
| All other disbursements made in the ordinary course: | (339,838) | - | (339,838) | **(FN2)** |
| Total Disbursements | (339,838) | - | (339,838) | |
| Ending Cash Balance | 305,060 | 16,157,722 | 16,462,783 | **(FN3)** |

Footnotes:
**FN1** - Reimbursement of certain Ellwood Onshore Facility utility costs previously paid by the Liquidation Trust.
**FN2** - Consists of disbursements for post effective date professional fees and expenses, US Trustee fees, trailing debtor expenses,
          and all other costs related to the wind up of the Debtors.
**FN3** - Cash reserved for disputed claims, potential claims litigation costs and trust wind down costs.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

April 20, 2020
Date                                Eugene I. Davis, Liquidation Trustee