11:33 AM
01/17/22
Cash Basis

# Venoco Liquidating Trust
## Custom Transaction Detail Report
### October through December 2021

| Type | Date | Num | Name | Paid Amount | Balance |
|---|---|---|---|---:|---:|
| **Oct 21** | | | | | |
| Bill Pmt -Check | 10/06/2021 | 1262 | Southern California Edison | -11,862.61 | -11,862.61 |
| Bill Pmt -Check | 10/11/2021 | 1263 | FLEXENTIAL CORP. | -1,999.00 | -13,861.61 |
| Bill Pmt -Check | 10/12/2021 | 1264 | PRIME CLERK LLC | -4,521.21 | -18,382.82 |
| Bill Pmt -Check | 10/21/2021 | 1265 | HARRY HAGEN, TREASURER-TAX CO... | -41,720.48 | -60,103.30 |
| Bill Pmt -Check | 10/21/2021 | 1266 | US Trustee Payment Center | -3,361.09 | -63,464.39 |
| Bill Pmt -Check | 10/26/2021 | 1267 | PIRINATE CONSULTING GROUP LLC | -15,000.00 | -78,464.39 |
| Bill Pmt -Check | 10/26/2021 | Wire | BRACEWELL LLP | -39,525.00 | -117,989.39 |
| Bill Pmt -Check | 10/26/2021 | 1268 | MANNON CONSULTING LLC | -2,267.00 | -120,256.39 |
| Bill Pmt -Check | 10/29/2021 | 1269 | Morris Nichols Arsht & Tunnel | -9,931.76 | -130,188.15 |
| Oct 21 | | | | -130,188.15 | -130,188.15 |
| **Nov 21** | | | | | |
| Bill Pmt -Check | 11/09/2021 | 1270 | PRIME CLERK LLC | -3,059.20 | -3,059.20 |
| Bill Pmt -Check | 11/10/2021 | 1271 | Southern California Edison | -11,431.24 | -14,490.44 |
| Bill Pmt -Check | 11/11/2021 | 1272 | FLEXENTIAL CORP. | -2,041.01 | -16,531.45 |
| Bill Pmt -Check | 11/11/2021 | 1273 | Hill, Farrer & Burrill, LLP | -3,822.50 | -20,353.95 |
| Bill Pmt -Check | 11/23/2021 | 1274 | PIRINATE CONSULTING GROUP LLC | -15,000.00 | -35,353.95 |
| Bill Pmt -Check | 11/30/2021 | 1275 | CS DISCO, INC. | -15,667.28 | -51,021.23 |
| Bill Pmt -Check | 11/30/2021 | 1276 | STOUT RISIUS ROSS, LLC | -10,000.00 | -61,021.23 |
| Bill Pmt -Check | 11/30/2021 | Wire | BRACEWELL LLP | -373,605.39 | -434,626.62 |
| Bill Pmt -Check | 11/30/2021 | 1277 | MANNON CONSULTING LLC | -3,667.17 | -438,293.79 |
| Nov 21 | | | | -438,293.79 | -438,293.79 |
| **Dec 21** | | | | | |
| Bill Pmt -Check | 12/06/2021 | Wire | Morris Nichols Arsht & Tunnel | -80,365.77 | -80,365.77 |
| Bill Pmt -Check | 12/07/2021 | 1278 | Southern California Edison | -11,431.24 | -91,797.01 |
| Bill Pmt -Check | 12/09/2021 | 1279 | Hill, Farrer & Burrill, LLP | -1,770.00 | -93,567.01 |
| Bill Pmt -Check | 12/09/2021 | 1280 | PRIME CLERK LLC | -1,013.48 | -94,580.49 |
| Bill Pmt -Check | 12/13/2021 | 1281 | FLEXENTIAL CORP. | -2,041.01 | -96,621.50 |
| Bill Pmt -Check | 12/14/2021 | 1282 | HAMMOCK, ARNOLD, SMITH & COMPA... | -1,062.50 | -97,684.00 |
| Bill Pmt -Check | 12/21/2021 | 1283 | PIRINATE CONSULTING GROUP LLC | -15,000.00 | -112,684.00 |
| Bill Pmt -Check | 12/23/2021 | Wire | BRACEWELL LLP | -415,391.71 | -528,075.71 |
| Bill Pmt -Check | 12/23/2021 | Wire | STANCIL & CO. | -47,300.00 | -575,375.71 |
| Bill Pmt -Check | 12/23/2021 | Wire | CS DISCO, INC. | -122,354.69 | -697,730.40 |
| Bill Pmt -Check | 12/29/2021 | Wire | STANCIL & CO. | -9,900.00 | -707,630.40 |
| Bill Pmt -Check | 12/30/2021 | 1284 | SLR INTERNATIONAL CORPORATION | -24,233.75 | -731,864.15 |
| Bill Pmt -Check | 12/30/2021 | 1285 | Yetter Coleman LLP | -6,905.00 | -738,769.15 |
| Dec 21 | | | | -738,769.15 | -738,769.15 |
| **TOTAL** | | | | **-1,307,251.09** | **-1,307,251.09** |